IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIQWD, INC., *et al.* | : | MISCELLANEOUS ACTION |
| | : | |
| v. | : | NO. 19-8 |
| | : | |
| L'OREAL USA, INC., *et al.* | : | |

## ORDER

**AND NOW**, this 24th day of January 2019, upon review of Defendants' Motion to seal (ECF Doc. No. 1) failing to offer particularized good cause necessary to seal a portion of a document and otherwise failing to narrowly limit the materials which may warrant preclusion for public review under *Pansy v. Borough of Stroudsburg,* 23 F.3d 772 (3d Cir. 1994) and its progeny, and further finding Plaintiffs' counsel of record necessary to review this Motion is presently our colleague and we are unaware of Plaintiffs' present counsel of record, it is **ORDERED**:

    1.    The parties shall comply with our Policies on the Court's website.

    2.    Defendants' Motion to seal (ECF Doc. No. 1) is **DENIED without prejudice** to be renewed consistent with *Pansy v. Borough of Stroudsburg,* 23 F.3d 772 (3d Cir. 1994) and its progeny in a Motion to be filed no later than **January 28, 2019** following immediate service of this Order upon Plaintiffs' known counsel or, absent known counsel, upon Plaintiffs' registered agent along with further filings including the presently pending Motions to compel (ECF Doc. Nos. 2, 3);

    3.    Defendants shall file a certificate of service of this Order upon Defendants' counsel no later than **January 25, 2019;**

4. Defendants' Motions to compel (ECF Doc. Nos. 2, 3) shall remain under seal until further Order of Court following review of a compliant Motion to seal filed no later than **January 29, 2019**; and,

5. On or before **January 28, 2019**, Defendants shall consult with Plaintiff's counsel and, if warranted, file a stipulation consenting to transfer (including the motion to seal) to the presiding judge in the District of Delaware given its longstanding skilled trial management of this matter.

_____
KEARNEY, J.